IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Estherlina Lopez, ) | Civil Action No. 0:19-cv-00037-RMG-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW M. SAUL,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Defendant, Andrew M. Saul, Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

On order of this Court, this case will be remanded under sentence four of 42 U.S.C. § 405(g)to the Appeals Council. On remand, the Commissioner, through the Appeals Council, will vacate the administrative law judge's (ALJ) decision and refer Plaintiff's case to an ALJ for further administrative proceedings including, but not limited to, obtaining supplemental evidence from a vocational expert and further evaluate Plaintiff's ability to adjust to other work; updating and completing the administrative record; and providing the claimant the opportunity for a new hearing, and issuing a new decision.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of

---

[1] On June 17, 2019, Andrew M. Saul became the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the case to the Commissioner for further administrative proceedings.[2] **AND IT IS SO ORDERED.**

Richard M. Gergel
UNITED STATES DISTRICT JUDGE

September 13, 2019
Charleston, South Carolina

---

[2] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.